UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR26 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| TIMOTHY WIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 21st day of October, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On August 7, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252 and 2253, based upon the Defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following was forfeited to the United States:

   a. One (1) Gateway Computer, Model number 3250S, Serial Number 0034519902,

   b. One (1) Gateway Computer, Model number G6-450, Serial Number 0012843853,

   c. One (1) Seagate External Hard Drive, Serial Number 30D00SGH,

   d. Nineteen (19) Computer Disks,

   e. Three (3) VHS tapes,

   f. Two (2) Memory Cards, and

   g. One (1) Cell Phone.

2. On September 4, 11 and 18, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties.  An Affidavit of Publication was filed herein on October 20, 2008 (Filing No. 37).

3. The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the subject properties, held by any person or entity, are hereby forever barred and foreclosed.

C.  The subject property, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Immigration and Customs Enforcement for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 21st day of October, 2008.

                                              **BY THE COURT:**

                                          s/ Joseph F. Bataillon
                                          **JOSEPH F. BATAILLON, CHIEF JUDGE**
                                          **United States District Court**